**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
jbendavid@bendavidfirm.com
**JACQUELINE VOKOUN, ESQ.**
Nevada Bar No. 16400
jvokoun@bendavidfirm.com
**BENDAVID LAW**
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128
(702) 385-6114
jbendavid@bendavidfirm.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRINITY HAYES, on behalf of herself and those similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE 3 GENTLEMAN'S CLUB, and NANDO SOSTILLIO in his individual capacity,<br><br>Defendants. | Case No. 2:24-CV-02341-CDS-NJK<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff TRINITY HAYES ("Plaintiff") and Defendants RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE 3 GENTLEMAN'S CLUB, and NANDO SOSTILLIO ("Defendants") by and through their respective attorneys, hereby stipulate and agree as follows:

1. This is the First Stipulation for Extension of Time for filing a Response to Plaintiff's Complaint.

2. Pursuant to Local Rule IA 6-1(a), the Parties request this extension in order to discuss and resolve potential jurisdictional issues in this matter.

//

//

//

Bendavid Law
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

3. Accordingly, the Parties respectfully request that the deadline for Defendants to file a response to Plaintiff's Complaint be extended to March 4, 2025.

IT IS SO STIPULATED.

DATED: February 18, 2025

**F. TRAVIS BUCHANAN, ESQ., & ASSOC.**

*/s/ Travis Buchanan, Esq.*
**F. TRAVIS BUCHANAN, ESQ.**
Nevada Bar No. 9371
701 East Bridger Ave., Suite 540
Las Vegas, NV 89101

THE LEACH FIRM
CARLOS LEACH, ESQ. (*Pro Hac Pending*)
T'KEARA N. WATSON, ESQ. (*Pro Hac Pending*)
1560 N. Orange Ave., Ste 600
Winter Park, FL 32789
*Attorneys for Plaintiff*

DATED: February 18, 2025

**BENDAVID LAW**

*/s/ Jeffery A. Bendavid, Esq.*
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JACQUELINE VOKOUN, ESQ.**
Nevada Bar No. 16400
7301 Peak Dr., Suite 150
Las Vegas, Nevada 89128
(702) 385-6114
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 19, 2025