1  **JEFFERY A. BENDAVID, ESQ.**
   Nevada Bar No. 6220
2  jbendavid@bendavidfirm.com
   **JACQUELINE VOKOUN, ESQ.**
3  Nevada Bar No. 16400
   jvokoun@bendavidfirm.com
4  **BENDAVID LAW**
   7301 Peak Drive, Suite 150
5  Las Vegas, Nevada 89128
   (702) 385-6114
6  jbendavid@bendavidfirm.com
   *Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| TRINITY HAYES, on behalf of herself and those similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE 3 GENTLEMAN'S CLUB, and NANDO SOSTILLIO in his individual capacity,<br><br>Defendants. | Case No. 2:24-CV-02341-CDS-NJK<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |
|---|---|

Plaintiff TRINITY HAYES ("Plaintiff") and Defendants RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE 3 GENTLEMAN'S CLUB, and NANDO SOSTILLIO ("Defendants") by and through their respective attorneys, hereby stipulate and agree as follows:

1. This is the Second Stipulation for Extension of Time for filing a Response to Plaintiff's Complaint.

2. Pursuant to Local Rule IA 6-1(a), the Parties request this extension in order to continue their discussions to resolve potential jurisdictional issues in this matter.

//

//

Bendavid Law
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

1  3. Accordingly, the Parties respectfully request that the deadline for
2  Defendants to file a response to Plaintiff's Complaint be extended to March 18, 2025.
3  IT IS SO STIPULATED.

DATED: March 4, 2025

**THE LEACH FIRM**

*/s/ T'Keara N. Watson, Esq.*
**CARLOS LEACH, ESQ.** (***Pro Hac Vice***)
Florida Bar No. 540021
**T'KEARA N. WATSON, ESQ.** (***Pro Hac Vice***)
Florida Bar No. 1018265
1560 N. Orange Ave., Ste 600
Winter Park, FL 32789

**F. TRAVIS BUCHANAN, ESQ.**
Nevada Bar No. 9371
**F. TRAVIS BUCHANAN, ESQ., & ASSOC.**
701 East Bridger Ave., Suite 540
Las Vegas, NV 89101
(702) 331-5478
*Attorneys for Plaintiff*

DATED: March 4, 2025

**BENDAVID LAW**

*/s/ Jeffery A. Bendavid, Esq.*
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JACQUELINE VOKOUN, ESQ.**
Nevada Bar No. 16400
7301 Peak Dr., Suite 150
Las Vegas, Nevada 89128
(702) 385-6114
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 5, 2025