# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSELYN MOORE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RUSSELL ROAD FOOD AND<br>BEVERAGE, LLC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-02341-CDS-NJK<br><br>**Order**<br><br>[Docket No. 29] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 29.

The parties propose that discovery "shall be suspended until after the decision of the Court on the [m]otion for [c]onditional [c]ertification." Docket No. 29 at 4. The Court construes this as a request to stay discovery; however, the parties fail to address the pertinent standards.

Accordingly, the pending discovery plan is **DENIED** without prejudice. Docket No. 29. If the parties seek a stay of discovery, they must file, by May 19, 2025, a request addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). If the parties do not seek a stay of discovery, they must file a proper joint discovery plan and scheduling order, no later than May 19, 2025.

IT IS SO ORDERED.

Dated: May 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge