# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRINITY HAYES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-02341-CDS-NJK<br><br>**Order**<br><br>[Docket No. 33] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 33.

The discovery plan seeks an extended deadline for Defendants' initial disclosures that is 10 days from the entry of the scheduling order. Docket No. 33 at 2. However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(C). No explanation is provided as to why Defendants' initial disclosures have not yet been provided as the parties held their Rule 26(f) conference on April 23, 2025. *See* Docket No. 33 at 2.

Further, in violation of Local Rule 26-1(b)(2), the parties fail to provide the calendar date for the deadline to amend the pleadings or add parties. *See* Docket No. 33 at 4.

Accordingly, the parties' proposed joint discovery plan is **GRANTED** in part and **DENIED** in part.[1] Docket No. 33.

Deadlines are hereby **SET** as follows:

- Initial disclosures: May 23, 2025
- Amend pleadings/add parties: July 18, 2025
- Initial experts: August 18, 2025

---

[1] The stipulation includes a signature line for the United States District Judge despite the fact that the parties know that United States Magistrate Judges handle discovery requests in this District. In the future, the parties must use proper titles.

1

- Rebuttal experts:  September 17, 2025
- Discovery cutoff:  October 16, 2025
- Dispositive motions:  November 17, 2025
- Joint proposed pretrial order: December 17, 2025, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: May 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge