UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joselyn Moore, on behalf of herself, as an individual, and those similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Russell Road Food and Beverage LLC, d/b/a/ Crazy Horse 3 Gentlemen's Club, et al.,<br><br>Defendants | Case No. 2:24-cv-02341-CDS-NJK<br><br>**Order Granting Parties' Joint Motion to Extend Deadlines**<br><br>[ECF No. 45] |

In my January 22, 2026 order granting the plaintiffs' motion for conditional collective action certification, I directed the defendants to produce, within fourteen days, a list of all adult entertainers who worked at Crazy Horse 3 during the preceding three years, including each individual's full name, dates of employment, last known address, cell phone number, e-mail address, and last four digits of their social security number. Order, ECF No. 44 at 6.

The parties now jointly move to extend, by thirty days, the deadline for the defendants to comply. ECF No. 45. In the motion, the defendants represent that they have produced the names, cell phone numbers, email addresses and the last four digits of the social security number for 2,700 entertainers. *Id.* at 2. However, they need additional time to locate certain physical and email addresses. *Id.*

Due to this delay, the parties also seek to extend the deadline to fix the bar date for the initial mailing of the notice and opt-in forms and to adjust the tolling of the statute of limitations. *Id.* In the alternative, they request that those timelines begin after the defendants complete production of the remaining information for all entertainers. *Id.*

I find that the parties' request for an extension of time is reasonable so that the defendants may fully comply with my order. The deadline for the defendants to produce a complete list of all adult entertainers who worked in the preceding three years in an electronic or computer-readable format with their full name, dates of employment, last known address, cell phone number, e-mail address, and last four digits of their social security number is extended to March 23, 2026.

I also find it prudent to extend the deadline for the initial mailing of the notice and opt-in forms, and to fix the bar date sixty days from that date. In turn, the tolling of the statute of limitations is adjusted to reflect this extension of time.

**Conclusion**

It is hereby ordered that the parties' joint motion to extend time **[ECF No. 45] is GRANTED**.

It is further ordered that the deadline for the defendants to produce a complete list, including the remaining last known addresses and e-mail addresses, is extended to March 23, 2026.

It is further ordered that the deadline for the initial mailing of the notice and opt-in forms is extended to April 20, 2026. Thus, the bar date is fixed sixty days from April 20, 2026.

It is further ordered that the statute of limitations is tolled, nunc pro tunc to the date this order is entered.

Dated: February 23, 2026

_____
Cristina D. Silva
United States District Judge

2