# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joselyn Moore, on behalf of herself, as an individual, and those similarly situated,

      Plaintiffs

v.

Russell Road Food and Beverage LLC, d/b/a/ Crazy Horse 3 Gentlemen's Club, et al.,

      Defendants

Case No. 2:24-cv-02341-CDS-NJK

**Order Granting Parties' Joint Motion to Stay**

[ECF No. 47]

The parties jointly move to stay the instant action for ninety days. ECF No. 47. They explain that a stay would allow counsel to review the defendants' employee data and explore the possibility of mediation or settlement of the plaintiffs' claims. *Id.* Although mediation does not guarantee resolution, a brief stay does promote judicial economy and facilitate settlement discussions. I therefore find that a stay of proceedings is reasonable for the purpose of pursuing settlement.

## Conclusion

It is hereby ordered that the parties' joint motion to stay **[ECF No. 47] is GRANTED**. This matter is stayed until July 28, 2026. The parties must submit a joint status report addressing settlement by that same date.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge