UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joselyn Moore, on behalf of herself, as an individual, and those similarly situated,

Plaintiffs

v.

Russell Road Food and Beverage LLC, d/b/a/ Crazy Horse 3 Gentlemen's Club, et al.,

Defendants

Case No. 2:24-cv-02341-CDS-NJK

**Order Directing the Parties to File a Joint Status Report**

Joselyn Moore filed this lawsuit on behalf of herself and those similarly situated under the Fair Labor Standards Act (FLSA). Am. compl., ECF No. 21. Prior to the conditional certification, twenty-nine plaintiffs filed written consents to join this lawsuit. *See* ECF Nos. 1-2, 1-3, 23, 27, 28, 32, 38, 40. On January 22, 2026, the court entered an order conditionally certifying the plaintiffs' FLSA collective and authorizing notice to be sent to the collective members. ECF No. 44. To facilitate notice to the collectives, the defendant was ordered to provide "a list of all adult entertainers who worked in the past three years in an electronic or computer-readable format with their full name, dates of employment, last known address, cell phone number, e-mail address, and last four digits of their social security number." *Id.* at 6. That order also fixed the bar date of sixty days from the date on which notice and opt-in forms are first mailed. *Id.*

Shortly thereafter, the parties jointly moved to extend the deadline for the defendants to produce the complete list. ECF No. 45. I granted that request and extended the deadline for the defendants to produce a complete list, including the remaining last known addresses and e-mail addresses, to March 23, 2026. ECF No. 46. Because of this delay, I also extended the deadline for the initial mailing of the notice and opt-in forms to April 20, 2026. *Id.* Then, on April 9, 2026, the

parties agreed to a stay of this matter so they could explore the possibility of mediation or settlement. ECF No. 47. I granted that motion and stayed this matter until July 28, 2026. ECF No. 48. Although the parties indicate they've reached an agreement, ECF No. 49, it is unclear whether the notice and opt-in forms went out to all potential collective members—especially given that no consent forms have been filed since July 18, 2025.

Therefore, prior to filing their motion for preliminary approval of the settlement, the parties are ordered to submit a joint status report by October 13, 2026, setting forth whether and when notice and opt-in forms were sent to all potential collective action members.

Dated: September 25, 2026

Cristina D. Silva
United States District Judge